# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
)
Plaintiff )
vs. )  No.    CR 00-203P/CR 00-220 P
Shawn P. Davenport )
)
)
Defendant )

HEARING ON   November 30, 2006

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Christian A. Trabold, Esq.          Thomas W. Patton, Esq., Federal P.D.

Appear for Plaintiff                Appear for Defendant

Hearing Begun  2:10 pm              Hearing Adjourned to

Hearing concluded C.A.V.  2:15 pm   Stenographer Ron Bench
                                    CD:          Index:

**WITNESSES**

For Plaintiff                       For Defendant

Defendant advised of violations - Waives prelim exam. Hearing to be scheduled before Judge Cahul.