## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

December 11, 2006

Dennis P. Kissane, AUSA

W. Penn Hackney, AFPD

Shawn P. Davenport c/o W. Penn Hackney, AFPD

Probation Office

U.S. Marshal

    Re:    United States of America v. Shawn P. Davenport
             Criminal No. 00-203 and Criminal No. 00-220

Dear Counsel:

    Please be advised that the Supervised Release Hearing scheduled in the above captioned matters for Tuesday, December 19, 2006 at 12:00 p.m. have been **RE-SCHEDULED** for Wednesday, January 17, 2007 at 11:00 a.m. before Judge Maurice B. Cohill in Courtroom 8A, 8th Floor, U.S.P.O. & Courthouse, Pittsburgh, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                                    Very truly yours,

                                                   John Galovich, Deputy Clerk
                                                   to Judge Maurice B. Cohill, Jr.