# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
)
vs. )            CR 00-203
Shawn Davenport )            CR 00-220
)
)
Defendants )

HEARING ON **Petition for Supervised Release Violation**

Before **Hon. Maurice B. Cohill, Jr.**

**Dennis Kissane, AUSA**                          **Penn Hackney, AFPD**

_____Appear for Plaintiff_____           _____Appear for Defendant_____

Hearing Begun **11:15 a.m. 1-17-07**              Hrg Adjourned to _____

Hrg concluded C.A.V. **11:45 a.m. 1-17-07**       Stenographer **Rick Ford**

### WITNESSES
For Plaintiff                                     For Defendant

Parties stipulate to violations of Supervised Release and to revocation of Supervised release, as well as 3 mos. imprisonment. Guidelines computation: Grade C violation, crim. hist. I, 3-9 months imprisonment.

Ruling: defendants term of supervised release revoked, 3 months imprisonment at each of crim. No. 00-203 and 00-220, to be served concurrently, followed by S.R. of 57 months at each crim no., to be served concurrently. Original Special Conditions imposed 6-12-01 re-imposed. Court will recommend placement in Erie County Prison. New J+C to reflect incarceration (federal arrest warrant date in these revocation proceedings) was 11-28-06. Order to be entered.