```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
        v.                  )   Criminal Nos. 00-220
                            )                 00-203
SHAWN P. DAVENPORT          )
```

**NOTICE OF SUBSTITUTION OF ATTORNEY**

NOTICE is hereby given that James R. Wilson, Assistant United States Attorney, is replacing Dennis P. Kissane, Assistant United States Attorney, as counsel of record for the government in the above-criminal action.

                Respectfully submitted,

                MARY BETH BUCHANAN
                United States Attorney


                s/ JAMES R. WILSON
                James R. Wilson
                Assistant U.S. Attorney
                U.S. Post Office and Courthouse
                700 Grant Street
                Suite 4000
                Pittsburgh, Pennsylvania 15219
                (412) 644-3500 (Phone)
                (412) 644-2644 (Fax)
                james.wilson2@usdoj.gov
                PA ID No. 27648