AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__          District of          __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

SHAWN P. DAVENPORT

**BENCH WARRANT FOR ARREST**

**FILED**

Case Number:   2:00-cr-203

SEP 0 8 2008

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____SHAWN P. DAVENPORT_____
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him or her with    (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _)

PITTSBURGH PA  2008 AUG 12 A 11: 30  RECEIVED U.S. MARSHAL

ALLEGED VIOLATION(S) OF SUPERVISED RELEASE

**RECEIVED**

**SEP - 4 2008**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

J. Perch
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Docket Clerk
Title of Issuing Officer

August 12, 2008          Pittsburgh, PA
Date and Location

Bail fixed at $ __$10,000.00 OR__                by _____Judge Maurice B. Cohill_____
                                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| Shawn Davenport |

| DATE RECEIVED 8/12/08 | NAME AND TITLE OF ARRESTING OFFICER STEPHEN C. BARNES DEPUTY U.S. MARSHAL | SIGNATURE OF ARRESTING OFFICER _(signature)_ |
|---|---|---|
| DATE OF ARREST 9/2/08 | | |