# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
Plaintiff )                     No.   00-220 Pittsburgh
vs. )                                  CR 00-203 Pittsburgh
Shawn Davenport )
)
)
Defendant )

HEARING ON  September 8, 2008  Initial Appearance - Sup. Release

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Christine A. Sanner, Esq., AUSA                Thomas W. Patton, Esq., Federal P.D.
Marshall Piccinini
        Appear for Plaintiff                              Appear for Defendant

Hearing Begun  1:35 pm                         Hearing Adjourned to

Hearing concluded C.A.V.                        Stenographer  Rm Bench
                                                CD:           Index:

**WITNESSES**
For Plaintiff                                   For Defendant

O.R. Bond set at $10,000 in each case. Defendant advised that he is to comply with the conditions of supervised release. Hearing before Judge Cahill on October 15, 2008 at 1:30 pm.