```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA    )
                            )
             v.             )   Criminal No. 00-203
                            )
SHAWN P. DAVENPORT          )

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this 10th day of September, 2008, the Court, having received a Financial Affidavit completed under the penalty of perjury by the above-named individual; the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this supervised release revocation action.

PRIMARY COUNSEL:    Thomas W. Patton
                    Assistant Federal Public Defender
                    PA State ID #88653


                    _____
                    MAURICE B. COHILL, JR.
                    Senior United States District Judge