✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

　　　　WESTERN　　　　　　DISTRICT OF　　　　　　PENNSYLVANIA

UNITED STATES OF AMERICA

**NOTICE**

V.

SHAWN P. DAVENPORT　　　　　　CASE NUMBER:  2:00-CR-203 and 2:00-CR-220

TYPE OF CASE:

☐ CIVIL　　　　X CRIMINAL

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. A, Second Floor |
|---|---|
| United States District Court<br>17 South Park Row<br>Erie, Pennsylvania 16501 | DATE AND TIME<br>Wednesday, October 15, 2008 at 1:30 p.m. |

TYPE OF PROCEEDING

**SUPERVISED RELEASE VIOLATION HEARING**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U. S. District Court<br>Courtroom A, Second Floor<br>17 South Park Row<br>Erie, PA  16501 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

　　　　　　　　　　　　　　　　　　　　　　MAURICE B. COHILL, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

September 10, 2008　　　　　　　　　　　s/Susan J. Shaffer
DATE　　　　　　　　　　　　　　　　　　Deputy Clerk

To:　Defendant to be notified by Counsel